# EXHIBIT B



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 6**
**1445 ROSS AVENUE, SUITE 1200**
**DALLAS, TX 75202-2733**

# HOW TO FILE A CLAIM

*EPA is committed to taking responsibility for the impacts to communities affected by the Gold King Mine Release.*

To file a claim for monetary compensation, please visit the Region 8 Gold Mine Release Incident website:
http://www2.epa.gov/goldkingmine

Complete the fillable PDF version of the Standard Form 95:
http://www2.epa.gov/sites/production/files/2015-08/documents/standardform95_4.pdf

Email the signed Standard Form 95 to:
**R8_GKM_Claims@epa.gov**

Or mail the Standard Form 95 to the following contacts:

Richard Feldman
Claims Officer
U.S. EPA Office of General Counsel
1200 Pennsylvania Avenue, NW (MC 2399A)
Washington, D.C. 20460

Michael Nelson
U.S. EPA Region 8 Office of Regional Counsel
1595 Wynkoop Street (MC 8RC)
Denver, CO 80202