# EXHIBIT D



Cross-Section of Gold King and Sunnyside Mines

Source: Arizona Geology: Causes of Gold King mine spill emerging