UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**THE STATE OF NEW MEXICO**
**on behalf of the NEW MEXICO**
**ENVIRONMENT DEPARTMENT,**

    Plaintiffs,

v.                              No. 16-cv-00465-KK-LF

**UNITED STATES ENVIRONMENTAL**
**PROTECTION AGENCY; GINA McCARTHY,**
**in her official capacity as Administrator, United**
**States Environmental Protection Agency;**
**ENVIRONMENTAL RESTORATION, LLC;**
**KINROSS GOLD CORPORATION; KINROSS**
**GOLD U.S.A., INC.; and SUNNYSIDE GOLD**
**CORPORATION,**

    **Defendants.**

## NOTICE OF EXTENSION OF TIME

Pursuant to D.N.M.LR-Civ. 7.4(A), and upon agreement of counsel for the Plaintiffs, notice is hereby given of an extension of the deadline, to and including, Friday, July 29, 2016, for Defendants Kinross Gold U.S.A., Inc. and Sunnyside Gold Corporation to file their initial pleadings in response to the Complaint in this matter.

**HOLLAND & HART LLP**

*/s/ Bradford C. Berge*
Bradford C. Berge
Post Office Box 2208
Santa Fe, NM 87504-2208
TEL: 505-988-4421
FAX: 505-983-6043
bberge@hollandhart.com

**Attorneys for Kinross Gold U.S.A., Inc.**
**and Sunnyside Gold Corporation**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 17th day of June, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

P. Cholla Khoury
Consumer & Environmental Protection
Division Director
Assistant Attorney General
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM  87501
TEL:  505-827-6000
FAX: 505-827-5826
ckhoury@nmag.gov

William J. Jackson
Jackson Gilmour & Dobbs, PC
3900 Essex, Suite 700
Houston, TX 77027
TEL:  713-335-5005
FAX: 713-355-5001
bjackson@jgdpc.com

Marcus J. Rael, Jr.
Jordan P. George
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, NM  87102
TEL:  505-242-2228
FAX: 505-242-1106
marcus@roblesrael.com

                               */s/ Bradford C. Berge*
                               Bradford C. Berge

8888516_1