UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ON BEHALF OF
NEW MEXICO ENVIRONMENT
DEPARTMENT

    Plaintiffs,

v.                                    NO.16-CV-00465-KK-LF

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY;
GINA MCCARTHY IN HER OFFICIAL
CAPACITY AS ADMINISTRATOR, UNITED
STATES ENVIRONMENTAL PROTECTION
AGENCY;
ENVIRONMENTAL RESTORATION, LLC;
KINROSS GOLD CORPORATION;
KINROSS GOLD USA, INC.; and
SUNNYSIDE GOLD CORPORATION,

    Defendants.

## PRO HAC VICE CERTIFICATION

    Pursuant to D.N.M. LR-Civ. 83.3, Terry D. Farmer and Brittany M. Sayer of the law firm MOSES, DUNN, FARMER & TUTHILL, P.C., both members of the Federal Bar of this District, certify that the following attorneys will associate with them in this case and are members in good standing of the Bars listed below:

**TERRY D. AVCHEN**: California, State Bar No. 75729
**PETER C. SHERIDAN**: California, State Bar No. 137267; Nevada, State Bar No. 10987
**ANDRIY R. PAZUNIAK**: California, State Bar No. 302645; New York, State Bar. No. 4954947;
                New Jersey, State Bar No. 019862010
**GLASER WEIL FINK HOWARD**
**AVCHEN & SHAPIRO LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920
Email: tavchen@glaserweil.com
Email: psheridan@glaserweil.com
Email: apazuniak@glaserweil.com

In conformance with D.N.M. LR-Civ. 83.3, each outside of district attorney will submit the required $100.00 to appear in this case.

                  **MOSES, DUNN, FARMER & TUTHILL, P.C.**

                  By:**/s/ electronically filed June 20, 2016**
                      Terry D. Farmer
                      Brittany M. Sayer
                  Attorneys for Environmental Restoration, LLC
                  P. O. Box 27047
                  Albuquerque, NM  87125-7047
                  Telephone: (505) 843-9440
                  Facsimile: (505) 247-3213
                  Email: terry@moseslaw.com
                  Email: brittany@moseslaw.com
                  *LOCAL COUNSEL*

I hereby certify that on June 20, 2016, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following parties or counsel as follows:

/s/ electronically filed June 20, 2016
Brittany M. Sayer

ENV02/001