# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Multidistrict Litigation Action No. 01:18—md—2824-WJ**

*IN RE* **GOLD KING MINE RELEASE IN SAN JUAN COUNTY, COLORADO, ON AUGUST 5, 2015.**

(This STIPULATION relates to all the consolidated actions.)

_____

# STIPULATION

Defendant/counterclaimant/cross-claimant/third-party plaintiff Environmental Restoration, LLC ("Environmental Restoration") and defendant/cross-claim defendant/third-party defendant Harrison Western Construction Corporation ("Harrison Western") hereby enter into the following stipulation:

WHEREAS, Environmental Restoration has asserted cross-claims and third-party complaints against Harrison Western sounding in contribution and declaratory relief in the following cases:

- *State of New Mexico v. United States Environmental Protection Agency, et al.*, **Case No. 01:16—cv—00465-WJ-LF (D.N.M.)**;

- *Navajo Nation v. United States of America, et al.*, **Case No. 01:16—cv—00931-WJ-LF (D.N.M.)**;

- *McDaniel, et al v. United States of America, et al.*, **Case No. 01:17—cv—00710-WJ-SCY (D.N.M.)**;

- *Allen, et al. v. United States of America, et al.* **Case No. 01:18—cv—00744-WJ-KK (D.N.M.)**; and,

1

- *State of Utah v. Environmental Restoration, LLC et al.*, **Case No. 01:18—cv—00319-WJ (D.N.M.)**.

WHEREAS, Environmental Restoration's claims against Harrison Western were raised by means of third-party complaints in four of the cases and by means of cross-claims in one of the cases;

WHEREAS, Harrison Western's answers to the third-party complaints and cross-claims will be based on the same laws and facts; and,

WHEREAS, Harrison Western wishes to answer the third-party complaints and the cross-claims at the same time.

Accordingly, Environmental Restoration and Harrison Western now stipulate and agree that Harrison Western'S answers to Environmental Restoration's third-party complaints and cross-claims shall be due September 22, 2019.

DATED THIS 19th DAY OF SEPTEMBER, 2019.

Respectfully Submitted,

**HALL & EVANS, LLC**

By:   *s/ Brian Molzahn*

Paul T. Yarbrough
Brian Molzahn (admitted *pro hac vice*)
HALL & EVANS, LLC
1001 Seventeenth Street Suite 300
Denver, Colorado 80202
(303) 628-3300
(303) 628-3368 [facsimile]
yarbroughp@hallevans.com
molzahnb@hallevans.com

2

**COUNSEL FOR HARRISON WESTERN CONSTRUCTION CORPORATION**

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**

By:  *Peter C. Sheridan*  _____

Terry D. Avchen (*pro hac vice*)
Peter C. Sheridan (*pro hac vice*)
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
(310) 553-3000
tavchen@glaserweil.com
psheridan@glaserweil.com

**MOSES, DUNN, FARMER & TUTHILL, P.C.**

Terry D. Farmer
612 First Street NW
P.O. Box 27047
Albuquerque, New Mexico 87125-7047
(505) 843-9440
terry@moseslaw.com
**COUNSEL FOR ENVIRONMENTAL RESTORATION, LLC**

3

## CERTIFICATE OF SERVICE

Pursuant to **D.N.M.LR-Civ. 7.1(b)**, I hereby certify that on this 19th day of September 2019, a true and correct copy of the foregoing **STIPULATION** was, unless otherwise noted, served on the following *via* CM/ECF system:

**COUNSEL OF RECORD**

[*s/ Martha S. Fiser*]_____

Legal Secretary to
Paul T. Yarbrough
Brian Molzahn (admitted *pro hac vice*)
HALL & EVANS, LLC
1001 Seventeenth Street Suite 300
Denver, Colorado 80203
(303) 628-3300
(303) 628-3368 [facsimile]
yarbroughp@hallevans.com
molzahnb@hallevans.com
**COUNSEL FOR DEFENDANT HARRISON WESTERN CONSTRUCTION CORPORATION**