## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015 | |
| *This Document Relates to:* <br> *ALL CASES* | No. 1:18-md-02824-WJ |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME REGARDING PERSONAL JURISDICTION MOTIONS

In order to accommodate ongoing discussions to resolve this matter, the State of New Mexico and the New Mexico Environment Department (together "New Mexico"), the Navajo Nation, Kinross Gold U.S.A., Inc. ("KGUSA"), Kinross Gold Corporation ("KGC"), and Sunnyside Gold Corporation ("SGC") hereby stipulate to the following extension of time for New Mexico and the Navajo Nation to respond to: (1) *Kinross Gold U.S.A., Inc. and Kinross Gold Corporation's Motion for Summary Judgment on the Claims of New Mexico, the Navajo Nation, Utah, and the Allen Plaintiffs: Personal Jurisdiction* (Dkt. 866); and (2) *Sunnyside Gold Corporation's Motion for Summary Judgment on Grounds of Lack of Personal Jurisdiction* (Dkt. 868) (the "Personal Jurisdiction Motions").

1.     New Mexico and the Navajo Nation shall be given an extension to file and serve response(s) to the Personal Jurisdiction Motions, making such response(s) due January 8, 2020.

2.     SGC, KGUSA, and KGC shall have until January 22, 2021 to file and serve any reply brief(s) in support of the Personal Jurisdiction Motions as to New Mexico and the Navajo Nation.

4838-8402-4277v.1

Dated:  December 23, 2020                    Respectfully submitted,

                                             _/s/ William J. Jackson_____
                                             William J. Jackson
                                             NM Fed. Bar 16-102
                                             John D.S. Gilmour
                                             NM Fed Bar. 16-101
                                             Lana M. Rowenko
                                             Jennifer C. Barks
                                             KELLEY DRYE & WARREN LLP
                                             515 Post Oak Blvd., Suite 900
                                             Houston, TX 77027
                                             Telephone:     (713) 355-5000
                                             Facsimile:     (713) 355-5001
                                             Email:         lrowenko@kelleydrye.com

                                             Andrew W. Homer
                                             KELLEY DRYE & WARREN LLP
                                             7825 Fay Avenue, Suite 200
                                             La Jolla, CA 92037
                                             Telephone:     (310) 712-6199
                                             Email:         ahomer@kelleydrye.com

                                             Hector Balderas
                                             Attorney General of New Mexico
                                             P. Cholla Khoury
                                             Assistant Attorney General
                                             408 Galisteo Street
                                             Villagra Building
                                             Santa Fe, NM 87501
                                             Telephone:     (505) 827-6000
                                             Facsimile:     (505) 827-5826
                                             Email:         ckhoury@nmag.gov

                                             Marcus J. Rael, Jr.
                                             Robles, Rael & Anaya, P.C.
                                             500 Marquette Ave NW, Suite 700
                                             Albuquerque, NM 87102
                                             Telephone:     (505) 242-2228
                                             Facsimile:     (505) 242-1106
                                             Email:         marcus@roblesrael.com

                                             *Attorneys for Plaintiff*
                                             THE STATE OF NEW MEXICO

4838-8402-4277v.1

Dated:  December 23, 2020

*/s/ Andrew K. Walsh*
John C. Hueston
Moez M. Kaba
Andrew K. Walsh
HUESTON HENNIGAN LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014

NAVAJO NATION DEPARTMENT OF JUSTICE
Paul Spruhan
Office of the Attorney General
P.O. Box 2010
Window Rock, AZ 86515

*Attorneys for Plaintiff*
THE NAVAJO NATION

4838-8402-4277v.1

Dated: December 23, 2020

/s/ Neil G. Westesen
Neil G. Westesen (admitted pro hac vice)
CROWLEY FLECK PLLP
1915 South 19thStreet
PO Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Facsimile: (406) 556-1433
nwestesen@crowleyfleck.com

Jeffery J. Oven (admitted pro hac vice)
Pamela C. Garman (admitted pro hac vice)
490 North 31stStreet, Suite 500
PO Box 2529
Billings, MT 59103-2529
Telephone: (406)252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com
pgarman@crowleyfleck.com

Attorneys for Defendant Sunnyside Gold
Corporation


Dated: December 23, 2020

/s/ Bradford C. Berge
Bradford C. Berge
Jules Elese Angelley
HOLLAND & HART LLP
P.O. Box 2208
110 N. Guadalupe, Ste. 1
Santa Fe, NM 87504-2208
TEL: 505-988-4421
FAX: 505-983-6043
bberge@hollandhart.com
jeangelley@hollandhart.com

Attorneys for Defendants Kinross Gold
U.S.A., Inc. and Kinross Gold Corporation

4

4838-8402-4277v.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015<br><br>*This Document Relates to:*<br>    *ALL CASES* | No. 1:18-md-02824-WJ |

## [PROPOSED] ORDER FOR EXTENSION OF TIME REGARDING PERSONAL JURISDICTION MOTIONS

Based on the stipulation among the State of New Mexico and the New Mexico Environment Department (together "New Mexico"), the Navajo Nation, Kinross Gold U.S.A., Inc. ("KGUSA"), Kinross Gold Corporation ("KGC"), and Sunnyside Gold Corporation ("SGC"), and for good cause shown, IT IS HEREBY ORDERED as follows:

1.      New Mexico and the Navajo Nation shall file and serve their response(s) to (1) Kinross Gold U.S.A., Inc. and Kinross Gold Corporation's Motion for Summary Judgment on the Claims of New Mexico, the Navajo Nation, Utah, and the *Allen* Plaintiffs: Personal Jurisdiction (Dkt. 866) and (2) Sunnyside Gold Corporation's Motion for Summary Judgment on Grounds of Lack of Personal Jurisdiction (Dkt. 868) on or before January 8, 2020.

2.      KGUSA, KGC, and SGC shall file and serve any reply brief(s) in support of the same motions as to New Mexico and the Navajo Nation on or before January 22, 2021.

IT IS SO ORDERED.


 Dated: December __, 2020                        _____
                                                Special Master Hon. Alan C. Torgerson


1

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, a true copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF electronic filing system.

*/s/ William J. Jackson*
William J. Jackson