**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

|  |  |
|---|---|
| IN RE: GOLD KING MINE RELEASE IN SAN JUAN COUNTY, COLORADO, ON AUGUST 5, 2015<br><br>*This Document Relates to:*<br>*No. 16-cv-465-WJ/LF* | ) <br> ) C.A. No. 1:18-md-02824-WJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING NEW MEXICO AND MINING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE**

The Court, having considered the joint motion, Doc. 1313, filed on August 24, 2021, by Plaintiffs the State of New Mexico and the New Mexico Environment Department (together, "New Mexico"), and Defendants Sunnyside Gold Corporation, Kinross Gold Corporation, and Kinross Gold U.S.A., Inc. (collectively, "Mining Defendants"), and with no responses opposing the joint motion having been filed, HEREBY **ORDERS** THE FOLLOWING:

1.     New Mexico and the Mining Defendants' Joint Motion to Dismiss Their Claims Against One Another with Prejudice, Doc. 1313, filed August 24, 2021, is **GRANTED**.

2.     All of New Mexico's claims against the Mining Defendants in this litigation are **DISMISSED WITH PREJUDICE**.

3.     All of the Mining Defendants' claims against New Mexico in this litigation are **DISMISSED WITH PREJUDICE**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE