## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| IN RE: GOLD KING MINE RELEASE IN SAN JUAN COUNTY, COLORADO, ON AUGUST 5, 2015<br><br>*This Document Relates to:*<br>    *No. 1:18-md-02824-WJ*<br>    *No. 1:16-cv-00931-WJ-LF*<br>    *No. 1:16-cv-00465-WJ-LF* | ) C.A. No. 1:18-md-02824-WJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER DISMISSING WITH PREJUDICE THE NAVAJO NATION'S
### CERCLA CLAIMS AGAINST THE MINING DEFENDANTS

The Court, having considered the Navajo Nation's Motion, Doc. 1354, filed September 17, 2021, to voluntarily dismiss with prejudice its First and Second Claims for Relief ("CERCLA Claims") in Case Nos. 1:16-cv-00931-WJ, 1:16-cv-00465-WJ-LF, and 1:18-md-02824-WJ-LF (the "Actions"), as to Sunnyside Gold Corporation, Kinross Gold Corporation, and Kinross Gold U.S.A., Inc. (collectively, "the Mining Defendants"), with no responses opposing the Motion having been filed and good cause appearing,

HEREBY ORDERS THAT:

The Navajo Nation's Motion to Voluntarily Dismiss with Prejudice its CERCLA Claims Against the Mining Defendants, Doc. 1354, filed September 17, 2021, is **GRANTED**. The Navajo Nation's CERCLA Claims are **DISMISSED with prejudice** in each of the Actions as to each of the Mining Defendants.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -