# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,  No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to All Cases*

## ORDER GRANTING MOTION TO EXTEND STAYS

Special Master Hon. Alan C. Torgerson granted New Mexico and the United States' motion for a stay of litigation of all claims between them until May 17, 2022, after the two Parties indicated they had reached a settlement in principle. *See* Doc. 1465, filed March 2, 2022. The undersigned granted the Navajo Nation and the United States' motion for a stay of litigation of all claims between them until May 17, 2022, after the two Parties stated there has been sufficient progress in their negotiations to warrant a stay, which would allow the Navajo Nation and United States to focus on completing their settlement discussions. *See* Doc. 1468, filed March 3, 2022.

The United States, New Mexico, and the Navajo Nation now seek to extend those stays by an additional 30 days, through June 17, 2022, "to allow for final approval of the separate settlement agreements between the United States and the two remaining Sovereign Plaintiffs." Motion at 1. No responses opposing the Motion to extend the stays have been filed.

**IT IS ORDERED** that the Joint Motion to Extend Stays of Litigation between United States and New Mexico and United States and Navajo Nation, Doc. 1647, filed May 17, 2022, is **GRANTED.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**