**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

In re: Gold King Mine Release in San Juan
County, Colorado on August 5, 2015

*This Document Relates to:*
*All Cases*

No. 1:18-md-02824-WJ

## NOTICE OF ENTRY OF APPEARANCE

Rosemary C. Yogiaveetil, Trial Attorney for the Civil Division of the United States

Department of Justice, hereby enters appearance on behalf of the United States of America in the

above-captioned cause of action.

Respectfully submitted,

*/s/ Rosemary C. Yogiaveetil*
ROSEMARY C. YOGIAVEETIL
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Email: Rosemary.C.Yogiaveetil@usdoj.gov
Telephone: (202) 532-0222
Facsimile: (202) 616-4473

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I filed the foregoing notice electronically through
the CM/ECF system, which caused the parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Rosemary C. Yogiaveetil*
Rosemary C. Yogiaveetil
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Section