IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,            No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to All Cases*

## MEMORANDUM OPINION AND ORDER
## GRANTING JOINT MOTION TO EXTEND STAY

On October 17, 2022, the Court granted a joint motion for a 90-day stay, through January 17, 2023, of litigation between the United States and the *Allen* Plaintiffs and the United States and the *McDaniel* Plaintiffs to allow them to finalize and implement their settlements. *See* Doc. 1834.

The United States, the *Allen* Plaintiffs and the *McDaniel* Plaintiffs now seek a 30-day extension of the stay, through February 17, 2023, to allow for substitution of appropriate parties for deceased Plaintiffs and to submit settlement packages to the appropriate officials in the United States Department of Justice, which will allow the United States to execute the settlement agreements. *See* Joint Motion to Extend Stays of Litigation Between the United States and the *Allen* Plaintiffs and the United States and the *McDaniel* Plaintiffs, Doc. 1868, filed January 13, 2023. The United States "expects a decision on approval in short order" once the settlement packages are submitted to the officials.

Environmental Restoration, Weston Solutions, Sunnyside Gold and the Navajo Nation consent to the Motion to extend the stay. Harrison Western and New Mexico do not object. Utah and the Kinross Defendants take no position.

**IT IS ORDERED** that the Joint Motion to Extend Stays of Litigation Between the United States and the *Allen* Plaintiffs and the United States and the *McDaniel* Plaintiffs, Doc. 1868, filed January 13, 2023, is **GRANTED.** The United States, the *Allen* Plaintiffs and the *McDaniel* Plaintiffs shall file a notice when the settlement agreements have been executed. If either of the

settlement agreements has not been executed by February 17, 2023, the relevant Parties shall file a status report on those settlements on February 17, 2023.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**